UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>POPLAR CREEK PLAZA, LLC,<br>an Illinois Limited Liability Company,<br><br>Defendant.<br>/ | CASE NO.: 1:24-cv-08191 |

**NOTICE OF SETTLEMENT**

Plaintiff by and through his undesigned counsel, hereby files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all substantive issues in this matter. The parties anticipate filing a dismissal once settlement documents have been finalized and executed. The parties further request that all hearings and deadlines be adjourned and that an administrative closing order be entered for thirty (30) days while they finalize their agreement.

Dated: November 6, 2024

*/s/Brian W. Coffman* .
Brian W. Coffman, Esq.
COFFMAN LAW OFFICES P.C.
2615 North Sheffield Avenue, Suite #1
Chicago, IL 60614
Tel: (773) 348-1295
Fax: (773) 242-6188
bcoffmanlaw@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of November 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be Emailed to the following:

Robert M. Gomberg
Lavelle Law
141 W Jackson Blvd, Suite 2800
Chicago, IL 60604
robtg@lavellelaw.com

*/s/Brian W. Coffman* .
Brian W. Coffman, Esq.