UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>Plaintiff,<br>vs.<br><br>POPLAR CREEK PLAZA, LLC,<br>an Illinois Limited Liability Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ | CASE NO.: 1:24-cv-08191 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: November 21, 2024

Respectfully submitted,

*/s/Brian W. Coffman* .

Brian W. Coffman, Esq.
COFFMAN LAW OFFICES P.C.
2615 North Sheffield Avenue, Suite #1
Chicago, IL 60614
Tel: (773) 348-1295
Fax: (773) 242-6188
bcoffmanlaw@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21th day of November 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy will be Emailed to the following:

Robert M. Gomberg
Lavelle Law
141 W Jackson Blvd, Suite 2800
Chicago, IL 60604
robtg@lavellelaw.com

*/s/Brian W. Coffman* .
Brian W. Coffman, Esq.